Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PM 4:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Delia V. Opinion

vs

United States Navy & Marine Corps; Susan Ottobre, Bonita David, Mark Burhart; Jack Flanagan; Michael Thomas, Ruben Quinonez, Remy Songco, Zenaida Kaspick, Sandberg & Sikorski Marifi Szumonski, Ligaya Davis and Does 1 through 10, Inclusive,

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0944 BEN NLS

VIA FAX

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Bonita P. Martinez, Esq., SBN 153346
2918 Fifth Avenue Suite 204
San Diego, California 92103

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAY 2 8 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com