1

FILED

2

2008 JUL 22 AM 10: 11

3

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

4

**SOUTHERN DISTRICT OF CALIFORNIA**

BY_____ DEPUTY

5

6  Delia V. Opinion )
                              )
7          Plaintiff          )
                              )        Case Number:08cv944 — *BEN*
        vs                    )
8                             )        **NOTICE OF NONCOMPLIANCE WITH**
                              )        **LOCAL RULE 5.4(a) MANDATORY**
9  Donald C. Winter           )        **ELECTRONIC FILING**
                              )
          Defendant           )
10 _____)

11  Document Submitted:First Amended Complaint

12  Filed by Attorney:Bonita P. Martinez

13  The document(s) listed above were not submitted electronically and therefore do not comply with
14  Local Rule 5.4(a).

15  L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all
    cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the
16  Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local
17  Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as
    of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents
18  required to be filed with the court by a registered user in connection with a case assigned to the
    Electronic Filing System shall be electronically filed.
19

20  A copy of this notice has been provided to counsel of record for this party.

21  **Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5
    business days of receipt of this notice.**
22

23  Please take notice, further documents submitted that do not comply with this rule will be submitted
    to the Court on a discrepancy order.
24

    Date:7/22/08
25
                              W. Samuel Hamrick, Clerk of Court
26
                              By,/s/J. Paris Deputy Clerk
27

28

CK