BONITA P. MARTINEZ, ESQ., SBN 153346
2918 FIFTH AVENUE SUITE 204
SAN DIEGO, CA 92103
619-291-8166
FAX# 619-291-8167

ATTORNEY FOR PLAINTIFF,
DELIA V. OPINION

FILED

2008 JUL 24 PM 1:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NUNC PRO TUNC**

**JUL 23 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DELIA V. OPINION,<br><br>   PLAINTIFF,<br><br>  VS.<br><br>UNITED STATES NAVY & MARINE<br>CORPS; SUSAN OTTOBRE, BONITA<br>DAVID, MARK BURHART; JACK<br>FLANAGAN; MICHAEL THOMAS, RUBEN<br>QUINONEZ, REMY SONGCO , ZENAIDA<br>KASPICK, SANDBERG & SIKORSKI,<br>MARIFI SZUMONSKI, LIGAYA DAVIS<br>AND DOES 1 THROUGH<br>10,INCLUSIVE,<br><br>   DEFENDANTS. | )CASE NO.: 3:08-CV-00944-BEN-NLS<br>)<br>)<br>)<br>)PLAINTIFF DELIA OPINION'S<br>)REQUEST FOR AN EXTENSION OF TIME<br>)TO SERVE DEFENDANTS IN THIS<br>)CASE.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiff, Delia Opinion, respectfully request an extension of time to serve the summons

and complaint in this case. Plaintiff has been unable to serve all the defendants and needs

additional time to amend the complaint to add an essential party to this action, Donald C. Winter,

Secretary of the Navy.   This request is being made pursuant to Rule 4 (4) Extending Time:

   The court must allow a party a reasonable time to cure its failure to:



(A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

3) Officer or Employee Sued Individually.

To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

     In accordance to the foregoing statements pursuant to Rule 4, plaintiff

requests an extension of time until August 21, 2008 to serve the complaint and

summons.

Date _7/21/08_

LAW OFFICE OF BONITA P. MARTINEZ

BY: _Bonita P. Martinez_

Bonita P. Martinez, Esq.
Attorney for Plaintiff,
Delia V. Opinion