## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Delia V. Opinion

          Plaintiff

vs.

United States Navy & Marine Corps;
Susan Ottobre, Bonita David, Mark
Burhart; Jack Flanagan; Michael
Thomas, Ruben Quinonez, Remy
Songco, Zenaida Kaspick, Sandberg
& Sikorski, Marifi Szumonski,
Ligaya Davis and Does 1 through
10, Inclusive,
          Defendant

Case No. __08 cv 944__

**DECLARATION OF SERVICE**

Person Served:
__Mark Burhart__
Date Served:
__6-24-08__

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: __Summons and Complaint__ in the following manner: (check one)

1) __X__  By personally delivering copies to the person served.

2) _____  By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) _____  By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _____  By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on _____, 20__.

Executed on __6/24/ 08__, 20__08__ at San Diego, California.

          Paulo Salcinre

American LegalNet, Inc.
www.FormsWorkflow.com

Case 3:08-cv-00944-BEN-NLS    Document 9    Filed 08/08/2008    Page 2 of 2

American LegalNet, Inc.
www.Forms*Workflow*.com