# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Delia V. Opinion

        Plaintiff

        vs.

United States Navy & Marine Corps;
Susan  Ottobre, Bonita David, Mark
Burhart; Jack Flanagan; Michael     )
Thomas, Ruben Quinonez, Remy    )
Songco , Zenaida Kaspick, Sandberg )
& Sikorski, Marifi Szumonski,     )
Ligaya Davis and Does  1 through   )
10,Inclusive,                   )
        Defendant        )
                             )
_____)

Case No. 3: 08-cv- 944 _____

**DECLARATION OF SERVICE**

Person Served:
Remy Songco _____
Date Served:
6-24-08 _____

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Summons and Complaint _____ in the following manner: (check one)

1) \_\_\_\_\_X\_\_\_\_\_ By personally delivering copies to the person served.

2) _____ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _____ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on \_\_\_\_\_, 20\_\_.

Executed on 6/24/ 08 _____, 2008 at San Diego, California.

Paulo Salcinre _____

American LegalNet, Inc.
www.FormsWorkflow.com

American LegalNet, Inc.
www.FormsWorkflow.com